UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,                  :        21-Cr-136 (SHS)

           -against-                       :

ELIAN TUDOR,                               :        ORDER

                    Defendant.             :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant was sentenced today to time served on all counts in the Information.

Dated: New York, New York
      June 28, 2024

                SO ORDERED:

                _____
                Sidney H. Stein, U.S.D.J.